# Court of Appeals
## Tenth Appellate District of Texas

---

10-26-00234-CR

---

Christopher Daniel Holt,
Appellant

v.

The State of Texas,
Appellee

---

On appeal from the
278th District Court of Madison County, Texas
Judge Tracy Sorensen, presiding
Trial Court Cause No. 23-14299

---

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Christopher Daniel Holt attempts to appeal a judgment of conviction based on a plea bargain. The certification of the defendant's right of appeal signed by the trial court, Holt, and Holt's trial counsel indicates that this "is a plea-bargain case, and the defendant has NO right of appeal." By letter dated June 18, 2026, the Clerk of this Court advised Holt that this appeal would be dismissed unless an amended certification was submitted showing that Holt

has the right to appeal. No amended certification, response, or request for extension of time has been received from Holt.

Because the trial court's certification of the defendant's right of appeal signed by Holt indicates that Holt did not have the right to appeal, and has not been amended, this appeal must be dismissed. *See* TEX. R. APP. P. 25.2(d); ("The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made a part of the record under these rules."); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003).

Accordingly, this appeal is dismissed.

_____
LEE HARRIS
Justice

OPINION DELIVERED and FILED: July 23, 2026

Before Chief Justice Johnson,
  Justice Smith, and
  Justice Harris
Appeal dismissed
Do not publish
CR25

